UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 07-MC-0095

RALPH H. LYONS,

    Defendant.

**ORDER**

       This matter came before the court on December 13, 2007. Petitioner appeared by Assistant United States Attorney Timothy Funnell and respondent appeared in person. Respondent failed to offer any explanation for his failure to comply with the Internal Revenue Service Summons issued on July 20, 2007. Respondent stated that he was able and willing to comply with the Summons at this time.

       **IT IS THEREFORE ORDERED** that Respondent Ralph H. Lyons shall comply with the attached IRS Summons by furnishing the records described therein to Special Agent Anne Thelen at her office located at 1920 Libal Street, Suite 12, Green Bay, Wisconsin, on or before February 1, 2008.

       **IT IS FURTHER ORDERED** that, unless respondent is advised by Ms. Thelen or counsel for petitioner that he has fully complied with the Summons, he must appear before this court for a

further hearing on the matter on February 14, 2008, at 3:30 p.m. at its courtroom at 125 S. Jefferson St., Green Bay, Wisconsin.

Dated this   13th   day of December, 2007.

                                               s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge